```
                                  FILED
                         CLERK, U.S. DISTRICT COURT

                               12/9/2022

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY:       JB         DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2022 Grand Jury

| UNITED STATES OF AMERICA,  | CR 2:22-cr-00576-JAK |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii): Distribution of Methamphetamine; 18 U.S.C. § 922(a)(1)(A): Engaging in the Business of Dealing in Firearms Without a License; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition] |
| JOSE ESTRADA, aka "Stalker," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about June 13, 2022, in Los Angeles County, within the Central District of California, defendant JOSE ESTRADA, also known as "Stalker," knowingly and intentionally distributed at least 50 grams, that is, approximately 53.9 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about April 26, 2022, in Los Angeles County, within the Central District of California, defendant JOSE ESTRADA, also known as "Stalker," knowingly and intentionally distributed at least five grams, that is, approximately 52 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about May 13, 2022, in Los Angeles County, within the Central District of California, defendant JOSE ESTRADA, also known as "Stalker," knowingly and intentionally distributed at least five grams, that is, approximately 53.2 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[18 U.S.C. § 922(a)(1)(A)]

Beginning on or about April 22, 2022, and continuing to on or about September 8, 2022, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOSE ESTRADA, also known as "Stalker," not being a licensed importer, manufacturer, or dealer of firearms, willfully engaged in the business of dealing in firearms, specifically, the sales of the following firearms, on or about the following dates:

| DATE | FIREARM(S) |
|---|---|
| April 22, 2022 | a Ruger, model LC9, 9mm caliber pistol, bearing serial number 323-23412; and<br><br>a privately manufactured, AR-style, .223 caliber pistol, bearing no manufacturer's mark or serial number (commonly referred to as a "ghost gun"). |
| April 26, 2022 | a Mossberg, model 600AT, 12-gauge shotgun, bearing serial number H393989. |
| May 6, 2022 | a Century Arms, model RAS47, 7.62x39 caliber firearm made from a rifle, bearing serial number RAS47046963; and<br><br>a Canik, model TP-9 Elite SC, 9mm caliber pistol, bearing serial number 20CB08663. |
| May 13, 2022 | a privately manufactured, 5.56 caliber ghost gun pistol, bearing no manufacturer's mark or serial number. |
| June 2, 2022 | a privately manufactured,.300 caliber ghost gun rifle, bearing no manufacturer's mark or serial number. |
| June 7, 2022 | a Smith & Wesson, model 637 Airweight, .38 Special caliber revolver, bearing serial number DNM7411;<br><br>a Bryco Arms, model 48, .380 caliber pistol, bearing serial number 817085;<br><br>a Ruger, model Mark II Target, .22 caliber pistol, bearing serial number 211-24703; and<br><br>a Savage Arms, model Mark II, .22 caliber rifle, bearing serial number 420006. |

| DATE | FIREARM(S) |
|---|---|
| June 13, 2022 | a Taurus, model PT909, 9mm parabellum caliber pistol, bearing serial number THP3636l; <br><br> a Steyr, model USR, .223 caliber rifle, bearing serial number 910USR852; <br><br> a privately manufactured, AR-15-type, 5.56mm caliber ghost gun rifle, bearing no manufacturer's mark or serial number; <br><br> a privately manufactured, Polymer80, 9mm caliber ghost gun pistol, bearing no serial number; and <br><br> a privately manufactured, Polymer80, .40 caliber ghost gun pistol, bearing no serial number. |
| June 29, 2022 | a Hawk Industries, model Pardner, 12-gauge shotgun, bearing serial number NZ734681. |
| August 5, 2022 | a privately manufactured, AR-style 5.56mm caliber ghost gun pistol, bearing no manufacturer's mark or serial number. |
| September 8, 2022 | a Glock, model 19, 9mm caliber pistol, bearing serial number BRPR424. |

COUNTS FIVE THROUGH NINE

[18 U.S.C. § 922(g)(1)]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant JOSE ESTRADA, also known as "Stalker," knowingly possessed the following firearms and ammunition, each in and affecting interstate and foreign commerce:

| COUNT | DATE | FIREARM(S) AND AMMUNITION |
|---|---|---|
| FIVE | April 22, 2022 | a Ruger, model LC9, 9mm caliber pistol, bearing serial number 323-23412; approximately 58 rounds of Lake City .223 caliber ammunition; and approximately 10 rounds of Prvi Partizan 5.56 caliber ammunition. |
| SIX | April 26, 2022 | a Mossberg, model 600AT, 12-gauge shotgun, bearing serial number H393989; |

| COUNT | DATE | FIREARM(S) AND AMMUNITION |
|---|---|---|
| SEVEN | May 6, 2022 | a Century Arms, model RAS47, 7.62x39 caliber firearm made from a rifle, bearing serial number RAS47046963; |
| | | a Canik, model TP-9 Elite SC, 9mm caliber pistol, bearing serial number 20CB08663; |
| | | four rounds of Fiocchi 9mm caliber ammunition; |
| | | two rounds of Hornady 9mm caliber ammunition; |
| | | one round of Remington Ammunition 9mm caliber ammunition; |
| | | one round of STV 9mm caliber ammunition; |
| | | one round of CCI/Speer, Federal Cartridge Company, or Luvata Appleton 9mm caliber ammunition; |
| | | approximately 11 rounds of CCI/Speer, Federal Cartridge Company, or Luvata Appleton 7.62 caliber ammunition; |
| | | two rounds of Winchester 9mm caliber ammunition; |
| | | eight rounds of Igman d.d. 7.62 caliber ammunition; |
| | | approximately 56 rounds of Ulyanovsk 7.62x39 caliber ammunition; |
| | | approximately 36 rounds of Poongsan Metals Corporation 7.62 caliber ammunition; |
| | | four rounds of Tula Cartridge Works 7.62 caliber ammunition; |
| | | approximately 58 rounds of "71" 7.62 caliber ammunition; |
| | | approximately 11 rounds of "31" 7.62 caliber ammunition; |
| | | eight rounds of Vympel 7.62 caliber ammunition; |
| | | one round of Hirtenberger Patronen 9mm caliber ammunition; and |
| | | one round of Suvenir 7.62 caliber ammunition. |

| COUNT | DATE | FIREARM(S) AND AMMUNITION |
|---|---|---|
| EIGHT | June 29, 2022 | a Hawk Industries, model Pardner, 12-gauge shotgun, bearing serial number NZ734681. |
| NINE | September 8, 2022 | a Glock, model 19, 9mm caliber pistol, bearing serial number BRPR424; and approximately 10 rounds of Truelove & Maclean 9mm caliber ammunition. |

Defendant ESTRADA possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1. Grand Theft Auto, in violation of California Penal Code Section 487(d)(1), Unlawful Driving or Taking a Vehicle, in violation of California Vehicle Code Section 10851(a), and Evading an Officer, in violation of California Vehicle Code Section 2800.2(a), in the Superior Court for the State of California, County of Los Angeles, Case Number GA066484, on or about February 22, 2007;

2. Possession of Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court for the State of California, County of Los Angeles, Case Number BA368883, on or about April 15, 2010;

3. Possession of Dangerous Weapon, in violation of California Penal Code Section 12020(a)(1), Possession of Firearm by a Felon, in violation of California Penal Code Section 12021(a)(1), Unlawful Firearm Activity, in violation of California Penal Code Section 12021(d)(1), and Felon Having Concealed Firearm in Vehicle, in violation of California Penal Code Section 12025(a)(1), in the Superior Court for the State of California, County of Los Angeles, Case Number BA373082, on or about July 9, 2010;

  4. Possession of Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, in the Superior Court for the State of California, County of Los Angeles, Case Number GA087613, on or about October 29, 2012; and

  5. Robbery in the Second Degree, in violation of California Penal Code Section 211, Receiving Known Stolen Property, in violation of California Penal Code Section 496(a), and Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court for the State of California, County of Los Angeles, Case Number GA093874, on or about March 4, 2015.

A TRUE BILL

     /S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

*Christina Shay for SMG*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

DAVID T. RYAN
Assistant United States Attorney
Chief, General Crimes Section

SURIA M. BAHADUE
Assistant United States Attorney
General Crimes Section